| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert<br>Price Law Group, APC<br>15760 Ventura Blvd.<br>Suite 1100<br>Encino, CA 91436<br>818-995-4540 Fax: 818-995-9277<br>California State Bar Number: 159730<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER RS11-31063-CB |
|---|---|
| In re<br><br>Kelvin Leon Sutton<br><br>Debtor(s). | DECLARATION RE TAX RETURNS<br>(PRECONFIRMATION)<br>Confirmation Hearing set for: 8/11/11 |

In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 7 days before the date on which the meeting of creditors pursuant to 11 U.S.C. § 341(a) is first scheduled. Check the appropriate boxes.

I, __Kelvin Leon Sutton__ (Debtor's name), hereby declare:

☒ I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

☐ I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[1]

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| | | |
| | | |

☐ I am not required to file federal, state, or local tax returns because: _____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6-28-2011__

_____
Kelvin Leon Sutton
Debtor

[1] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                            F 3015-1.9

| In re:   Kelvin Leon Sutton | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER   RS11-31063-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

A true and correct copy of the foregoing document described as **DECLARATION RE TAX RETURNS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Steven A Alpert     steven@pricelawgroup.com, notice@pricelawgroup.com
Amrane (RS) Cohen (TR)     efileRS@ch13ac.com
James Hogan     customer.service.bk@americredit.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 25, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Catherine E. Bauer    (U.S. Mail)
United States Bankruptcy Court - Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/28/11 | Andrea Albarracin | _/s/_ |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                      F 9013-3.1

| In re: Kelvin Leon Sutton | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER RS11-31063-CB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY U.S. MAIL**

**CHAPTER 13 TRUSTEE**
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA  92868

**DEBTOR**
Kelvin Leon Sutton
781 Aurora Way
Blythe, CA 92225

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1